IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00204-ZLW

SHANE BURDEN,

    Plaintiff,

v.

OFFICER FIEK, # 1817, Under the Color of Law Official Capacity, and
OFFICER MATHERSON, Under the Color of Law Official Capacity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 6 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On April 5, 2006, Plaintiff submitted a "Motion to Serve Defendants." Attached to the Motion is a request for transcripts from the Jefferson County District Court. The instant Complaint and action were dismissed on March 30, 2006. Therefore, Plaintiff's Motion is inappropriate and will not be considered by the Court in the instant action.

Dated: April 6, 2006

Copies of this Minute Order mailed on April 6, 2006, to the following:

Shane Burden
Prisoner No. 62763
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

                                                Secretary/Deputy Clerk